*E-FILED January 17, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUELANGELO CARCEIOLY,<br><br>    Plaintiff,<br><br>  v.<br><br>M.Y. MIKE KHALAF; NORTH COAST COURIERS, INC., a dissolved California Corporation; FRANK PEREZ; HOMAYOUN M. ZANJANI dba EAST BAY COURIER SERVICES; URIEL ARAUZ dba ADS DELIVERY SERVICES; ROBERT BONILLA dba CVBS ENTERPRISES; AHMED SAJJAD dba AMD ENTERPRISES ; and A.N.D. ENTERPRISES LLC,<br><br>    Defendants.<br>_____/ | No. C11-04200 HRL<br><br>**ORDER (1) DISMISSING CERTAIN DEFENDANTS; AND (2) SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The court held a case management conference on January 17, 2012. Based on the discussion held at the conference, the following defendants are dismissed without prejudice: North Coast Couriers, Inc.; Frank Perez; Homayoun M. Zanjani dba East Bay Courier Services; and A.N.D. Enterprises, LLC. Additionally, this matter is set for a further case management conference on **March 20, 2012, 1:30 p.m.** A joint case management statement is due by March 13, 2012. All other related deadlines are adjusted accordingly.

SO ORDERED.

Dated: January 17, 2012

                                  HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

5:11-cv-04200-HRL Notice has been electronically mailed to:

Tomas Eduardo Margain    margainlaw@hotmail.com, crronan@gmail.com, dg@wagedefenders.com, mh@wagedefenders.com, tm@wagedefenders.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.